IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABBY HARTMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, NEBRASKA,<br><br>                Defendant. | **4:19CV3100**<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' Joint Stipulation to Extend Deadlines is approved. (Filing No. 21)

2) The deadline for completing the initial phase of written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is now June 19, 2020.

3) The status conference set for April 21, 2020 at 11:00 a.m. is continued to June 30, 2020 at 9:00 a.m. The status conference set for August 11, 2020 at 9:00 a.m. remains in place. Counsel shall use the conferencing instructions assigned to this case to participate in the conferences.

Dated this 20th day of April, 2020.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge