IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABBY HARTMAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF LINCOLN, NEBRASKA,<br><br>            Defendant. | **4:19CV3100**<br><br>**ORDER** |

As requested in the parties' motion, (Filing No. 40), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1)  The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings is continued and will be held with the undersigned magistrate judge on **October 14, 2020** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)  The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the defendant(s):       August 21, 2020.

    Plaintiff(s)' rebuttal:        September 17, 2020.

3)  All other deadlines are unchanged.

July 31, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge