IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABBY HARTMAN,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, NEBRASKA,<br><br>           Defendant. | **4:19CV3100**<br><br>**ORDER** |

After conferring with counsel regarding their ongoing discovery issues,

IT IS ORDERED that Defendant's Motion to Extend Expert Witness Deadlines, (Filing No. 47), is granted in part and denied in part as follows:

1) All unexpired case progression deadlines are stayed.

2) On or before November 4, 2020, and after conferring regarding the time necessary to complete the discovery, the parties shall file a motion setting forth their proposed new case progression deadlines.

3) The clerk shall set an internal case progression deadline of November 4, 2020.

Dated this 14th day of October, 2020.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge