IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABBY HARTMAN,<br><br>                          Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, NEBRASKA,<br><br>                          Defendant. | **4:19CV3100**<br><br><br>**FINAL PROGRESSION ORDER**<br>**(AMENDED)** |

IT IS ORDERED that the Joint Stipulation to Extend Deadlines is approved. (Filing No. 66). The final progression order is extended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is June 4, 2021. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by June 11, 2021.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is June 4, 2021.

3) The deadline for filing motions to dismiss and motions for summary judgment is July 30, 2021.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 30, 2021.

5) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 19th day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge