IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABBY HARTMAN,

                Plaintiff,

    vs.

CITY OF LINCOLN, NEBRASKA,

                Defendant.

**4:19CV3100**

**ORDER OF DISMISSAL**

This matter comes before the Court on the Joint Stipulation for Dismissal with Prejudice (Filing No. 112).  The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 17th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge